IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03179-REB-MJW

CORINNA PINA-BELMAREZ,

Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY COLORADO,
THE OFFICE OF THE WELD COUNTY CORONER/MEDICAL EXAMINER,
PATRICK C. ALLEN, M.D., in his individual capacity,
MARK WARD, in his individual capacity, and
JAMES A. WILKERSON IV, M.D., in his individual capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Motion to Stay Pending Determination of Qualified Immunity of Defendants Allen, Ward, and Wilkerson (docket no. 17) is **GRANTED,** and discovery is **STAYED** as to Defendants Patrick C. Allen, M.D., Mark Ward, and James A. Wilkerson, IV, M.D. only pending resolution by Judge Blackburn on Defendants' Partial Motion to Dismiss Claims (docket no. 15).

This court finds that Defendants' Partial Motion to Dismiss Claims (docket no. 15) is pending before Judge Blackburn and such motion is based, in part, upon the doctrine of qualified immunity.  Pursuant to Workman v. Jordan, 958 F.2d 332, 335 (10th Cir. 1992), *cert. denied,* 514 U.S. 1015 (1995), and Pet Milk Co. v. Ritter, 323 F.2d 586, 587 (10th Cir. 1963) (recognizing that the court has the inherent power to stay proceedings pending before it and to control its docket for the purpose of economy of time and effort for itself, counsel, and litigants), the subject motion should be granted.

It is FURTHER ORDERED that this case shall proceed forward with the Rule 16 Scheduling Conference with all other parties on March 2, 2012, at 8:30 a.m.

Date:  February 14, 2012