**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-03179-REB-MJW

CORINNA PINA-BELMAREZ,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, COLORADO,
OFFICE OF THE WELD COUNTY CORONER/MEDICAL EXAMINER,
PATRICK C. ALLEN,
MARK WARD, and
JAMES A. WILDERSON, IV, M.D.,

    Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated January 11, 2013 at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Bob Blackburn*
                          Robert E. Blackburn
                          United States District Judge